UNITED STATES of America,
Plaintiff—Appellee,

v.

Harmon JONES, Defendant—Appellant.

No. 09–6327.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 23, 2009.

Decided: July 29, 2009.

Harmon Jones, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harmon Jones appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Jones,* No. 5:95–cr–00149–H–6 (E.D.N.C. Nov. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*